**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**Mobeeus, Inc**., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: CV 19-2680-DMG- (JCx)<br><br>**JUDGMENT** |

This Court having granted in part the motion by Plaintiff Chris Langer for default judgment by Order dated February 3, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Mobeeus, Inc. on Plaintiff's cause of action under the Americans with Disabilities Act, ("ADA"), 42 U.S.C. § 12181 *et seq.*, regarding the slope of the van-accessible space at the Schwartz's located at 8856 W. Pico Blvd., Los Angeles, California.

Defendant is enjoined, to the extent Defendant has the legal right to do so, to bring the slopes of the accessible parking at the Schwartz's located at 8856 W. Pico Blvd., Los Angeles, California, into compliance with the ADA Standards for Accessible Design.

**IT IS SO ORDERED.**

DATED: February 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE